NO. 011444 (_____) TRN

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/22/17 11:38:03 AM
SHERRY WILLIAMSON
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 259TH JUDICIAL |
| V. | § | DISTRICT COURT OF |
| LEON FLETCHER, JR.<br>SID: TX 05291905 | § | JONES COUNTY, TEXAS |

## SENTENCING AGREEMENT

The Defendant waives and abandons all motions, pleadings and objections made before and during trial.

**A SENTENCING AGREEMENT EXISTS IN THIS CAUSE AS FOLLOWS: Twenty (20) years TDCJ-Institutional Division; $524 Court costs; Court appointed Attorney fees; Pre-Sentence and Post-Sentence Investigation Reports Waived.**

Defendant agrees to waive any right to a motion for new trial and appeal or to expunge or seek nondisclosure of any records related to any offenses included in this agreement.

Having been informed of whatever right to pursue a motion for new trial and appeal may exist, and having agreed to waive those rights, and after having consulted with my attorney, I hereby voluntarily, knowingly and intelligently waive those rights in exchange for this sentencing agreement.

I, the Defendant, do swear or affirm that I voluntarily, knowingly, and intelligently make the foregoing waivers, confession, agreements, and if applicable, application for community supervision.

_____
Defendant, Leon Fletcher, Jr.

_____
Defendant's Attorney: Byron Hatchett

**SUBSCRIBED AND SWORN TO** by the Defendant before me on this 19 day of April, 2017.

_____
Lacey Hansen, District Clerk
Jones County, Texas

By: _____
                                            Deputy

The State consents to and approves the foregoing.

_____
District Attorney

FILED
AT 4:45 O'CLOCK P M

APR 19 2017

_____
DISTRICT CLERK
By _____ WAC

Waiver, Agreement                                                    PAGE 1

The Court finds the Defendant voluntarily, knowingly and intelligently made the foregoing agreements and the Court consents to and approves the foregoing waivers and consents to this agreement.

After having agreed to assess punishment consistent with the agreement, the Court hereby finds that the Defendant understands the consequences of waiving the right to a motion for new trial and appeal. The Defendant voluntarily, knowingly and intelligently waived such right. Said waiver is accepted by the Court.

_____
Judge Presiding

NO. 011444 (_____) TRN

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 259TH JUDICIAL |
| V. | § | DISTRICT COURT OF |
| LEON FLETCHER, JR.<br>SID: TX 05291905 | § | JONES COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION
## OF DEFENDANT'S RIGHT OF APPEAL*

I, BROOKS H. HAGLER, Judge of the Trial Court, **CERTIFY** this criminal case:

☐    is not a plea bargain case, and the Defendant has the right of appeal; or,

☐    is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the Defendant has the right of appeal; or,

☐    is a plea bargain case, but the trial court has given permission to appeal, and the Defendant has the right of appeal; or,

☑    is a plea bargain case, and the Defendant has NO right of appeal; or,

☑    the Defendant has waived the right of appeal.

DATED: April 19, 2017

_____
JUDGE PRESIDING

**I have received a copy of this certification.** I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address:

Telephone number:

FILED
AT 4:45 O'CLOCK P M

APR 19 2017

_____
By _____ Deputy
DISTRICT CLERK JONES CO. TEXAS

_____
Defendant's Counsel
Mailing address: P.O. Box 3374 Abilene, TX 79604
State Bar of Texas ID number:
00785948

Mailing address:
Fax number (if any): 936-689-7828
Telephone number:

---

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case -- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant -- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal.@ TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)

# PRINT SHEET

Prints taken from the defendant in Cause No. _6/1444_ on this _19_ day of _April_, - _2017_

This document is attached to and part of the Judgment/Sentence in said cause number in the 259th District Court of JONES County, Texas.

_Leon Stetrtos_
Defendant's Signature

_[signature]_
Officer taking print